[No. 1890–3. Division Three. November 10, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
ORVILLE PIERCY, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 19717, Carl L. Loy, J., entered February 20, 1976. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 4078–1. Division One. November 14, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN
LEE NEWTON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 8700, Edward P. Reed, J., entered August 4, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4161–1. Division One. November 14, 1977.]

JAMES H. EVANS, *Appellant,* v. LESLIE EUGENE
SKOGMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 773329, Francis E. Holman, J., entered September 3, 1975. *Affirmed in part* and *reversed in part* by unpublished opinion per Callow, J., concurred in by Williams and Andersen, JJ.